# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Maurice Cornell Williams                          Docket No. 7:09-CR-64-1D

### Petition for Action on Supervised Release

       COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maurice Cornell Williams, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), a Quantity of Cocaine, and a Quantity of N-Benzylpiperazine (BZP) in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on March 3, 2010, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

       Maurice Cornell Williams was released from custody on December 4, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

       A Violation Report was submitted on July 31, 2014, reporting the defendant tested positive for marijuana. In response, the probation office increased the frequency and duration of drug testing. The court continued supervision under the higher level of monitoring. On September 3, 2014, the defendant again tested positive for marijuana. The defendant is employed and there are no other compliance issues. A subsequence drug test taken on September 18, 2014, was negative. He advised he used marijuana in a misguided attempt to deal with stress related to the loss of his residence caused by his mother's remarriage. The defendant has been admonished and counseled about

appropriate ways to deal with stress. In response to the recent violation, it is recommended the conditions of supervision be modified by the addition of a 2 day jail sanction and the cognitive behavioral program condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arrange by the probation office.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Chip Williams<br>Chip Williams<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-815-4857<br>Executed On: September 19, 2014 |

### ORDER OF COURT

Considered and ordered this **23** day of **September**, 2014, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge