IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-64-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MAURICE CORNELL WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

On July 21, 2016, the court held a detention hearing. See Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1). As explained in open court and incorporated herein by reference, defendant did not meet his burden of proof. There is a serious risk that the defendant will endanger the safety of the community and that he will not appear. Defendant is REMANDED to custody pending his revocation hearing.

SO ORDERED. This **21** day of July 2016.

JAMES C. DEVER III
Chief United States District Judge